# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**STEVEN DICKERSON**                                                                 **PLAINTIFF**

**v.**                          **Case No: 4:18-cv-00783-KGB**

**DOC HOLLADAY,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Steven Dickerson's complaint is dismissed without prejudice.

It is so adjudged this 15th day of May, 2019.

Kristine G. Baker
United States District Judge